PETER POLLY TOGS, INC., a New York Corporation, Appellant, *v.* SAMUEL T. SILVERMAN, Respondent.

Supreme Court, Appellate Term, First Department, November 17, 1938.

*Samuel D. Friedman,* for the appellant.

*Kirschen & Saks,* for the respondent.

PER CURIAM. The limitations prevailing in an examination before trial in a negligence suit do not apply to an action to recover damages for fraud.

Order reversed, with ten dollars costs, and motion granted. Examination set for November twenty-first at ten A. M. at the Municipal Court, Borough of Manhattan, First District.

All concur. Present — LYDON, FRANKENTHALER and SHIENTAG, JJ.